STARK & STARK, P.C.
100 American Metro Boulevard
Hamilton, NJ 08619
609-895-7362
Martin Schrama, Esq.
Stefanie Colella-Walsh, Esq.
John Sakson, Esq.
mschrama@stark-stark.com
scolellawalsh@stark-stark.com
jsakson@stark-stark.com

CARR & CARR
4416 S. Harvard Ave
Tulsa OK 74135
918-747-1000
Michael E. Carr, Esq. (Pro Hac Vice)
mcarr@carrcarr.com
***Attorneys for Plaintiff Norma Gaguancela***

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NORMA GAGUANCELA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:23-cv-00390-JXN-JRA |
| | ) | |
| SHARKNINJA OPERATING LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Norma Gaguancela to hereby dismiss with prejudice as to the claims asserted by Plaintiff, Norma Gaguancela against SharkNinja Operating LLC. Under Fed. R. Civ. P. 41(a)(1)(A)(ii), "the Plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby dismisses her claims with

prejudice against Sharkninja Operating, LLC.

Respectfully submitted,

*/s/* Martin Schrama
Martin Schrama, Esq.
Stefanie Colella-Walsh, Esq.
John Sakson, Esq.
100 American Metro Blvd
Hamilton, NJ 08619
609-905-7362 (phone)
609-896-0629 (fax)
mschrama@stark-stark.com
scolellawalsh@stark-stark.com
jsakson@stark-stark.com
***Attorneys for Plaintiff***

/s/ Michael E. Carr
Michael E. Carr, Esq. (Pro Hac Vice)
4416 S. Harvard Ave
Tulsa OK 74135
918-747-1000 (phone)
918-747-7284 (fax)
mcarr@carrcarr.com
***Attorney for Plaintiff***

/s/ Nicolai A. Schurko
Nicolai A. Schurko, Esq.
Shook, Hardy & Bacon LLP
2001 Market St., Ste 3000
Philadelphia PA 19103
nschurko@shb.com
Scott D. Kaiser, (pro hac vice pending)
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
816-474-6550 (phone)
816-421-5547 (fax)
skaiser@shb.com
***Attorneys for Defendant***

2